# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE AL AGNEW COLLECTION LLC, | |
| Plaintiff, | Civil Action No.: 1:24-cv-02063 |
| v. | Judge Charles P. Kocoras |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Keri L. Holleb Hotaling |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, April 30, 2024, at 9:50 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means before the Honorable Judge Charles P. Kocoras of the U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry of Default Judgment against the Defendants Identified in the First Amended Schedule A.

The call-in number is (888) 684-8852 and the access code is 8819984.

DATED: April 24, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois, 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

      /s/ *Keith A. Vogt*
      Keith A. Vogt, Esq.